MCGREGOR W. SCOTT
United States Attorney
DEBORAH STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
JENNIFER A. KENNEY
Special Assistant United States Attorney
        160 Spear Street, Suite 800
        San Francisco, California 94105
        Telephone: (415) 977-8945
        Facsimile: (415) 744-0134
        E-Mail: Jennifer.A.Kenney@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| JOSEPH VASQUEZ, | Case No.: 1:20-cv-00502-SKO |
| Plaintiff, | **STIPULATION AND ORDER FOR A FIRST EXTENSION OF 32 DAYS FOR DEFENDANT TO RESPOND TO PLAINTIFF'S OPENING BRIEF AND FILE HIS RESPONSIVE BRIEF** |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | (Doc. 17) |

        IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 32 days to respond to Plaintiff's Opening Brief and file his Responsive Brief.  This extension is requested because counsel for Defendant was recently reassigned to this case and needs the additional time to familiarize herself with the record in this case.  The additional time requested will enable Defendant's counsel to adequately research the issues Plaintiff has presented.  The current due date is Thursday, December 17, 2020.  The new due date will be Monday, January 18, 2021.

1

The parties further stipulate that the Court's Scheduling Order shall be modified

2

accordingly.

3

4

Respectfully submitted,

5

6

Dated: December 10, 2020                    /s/ *Jonathan Omar Pena

                                            (*as authorized by email on Dec. 10, 2020)

7

                                            JONATHAN OMAR PENA

                                            Attorney for Plaintiff

8

9

Dated: December 10, 2020                    MCGREGOR W. SCOTT

10

                                            United States Attorney

                                            DEBORAH STACHEL

11

                                            Regional Chief Counsel, Region IX,

12

                                            Social Security Administration

13

                                By:    /s/  Jennifer A. Kenney

14

                                            JENNIFER A. KENNEY

                                            Special Assistant U.S. Attorney

15

                                            Attorneys for Defendant

16

17

18

**ORDER**

19

Pursuant to the parties' stipulation (Doc. 17), and for good cause shown, IT IS

20

ORDERED that Defendant shall have an extension, up to and including January 19, 2021, to

21

respond to Plaintiff's Opening Brief.[1]  All other dates in the Scheduling Order (Doc. 5) shall be

22

extended accordingly.

23

24

IT IS SO ORDERED.

25

Dated:   **December 11, 2020**              /s/ Sheila K. Oberto

26

                                            UNITED STATES MAGISTRATE JUDGE

27

28

[1] The parties' requested that the Court extend the time for Defendant to file his responsive brief until January 18, 2021.  As that day is a federal holiday, the Court will extend the time for filing the responsive brief to the following day, January 19, 2021.

Stip. & Order to Extend 1:20-CV-00502-SKO          2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28